**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 00-6274

_____

HERBERT L. VAIL, III,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE; LISA EDWARDS, Warden; LEE
SULIVAN, Safety Specialist; VIRGINIA DEPART-
MENT OF CORRECTIONS,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.   James C. Turk, District Judge.
(CA-00-45-7)

_____

Submitted:  July 13, 2000          Decided:  July 21, 2000

_____

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Herbert L. Vail, III, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Herbert L. Vail, III, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Vail v. Angelone, No. CA-00-45-7 (W.D. Va. Feb. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED